Dismissed and Memorandum Opinion filed February 5, 2009








Dismissed
and Memorandum Opinion filed February 5, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00237-CR

____________

 

JOHNNY LEE SEE,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from County Criminal
Court at Law No. 6

Harris County, Texas

Trial Court Cause No.
1448478

 



 

M E M O R A N D U M   O P I N I O N

A jury
convicted appellant of driving while intoxicated.  On March 4, 2008, the trial
court sentenced appellant to confinement for thirty days in the Harris County
Jail.  Appellant filed a notice of appeal on March 5, 2008.  

On
October 9, 2008, this court ordered a hearing to determine why appellant=s counsel had not filed a brief in
this appeal.  On January 14, 2009, the trial court conducted the hearing, and
the record of the hearing was filed in this court on January 16, 2009.








At the
hearing, the trial court found appellant no longer desires to prosecute his
appeal.  On the basis of those findings, this court has considered the appeal
without briefs.  See Tex. R. App. P. 38.8(b).  We find no fundamental
error.

Accordingly,
the judgment of the trial court is affirmed.

 

PER CURIAM

 

 

Panel consists of Justices Frost,
Brown, and Boyce. 

Do Not Publish C Tex.
R. App. P. 47.2(b).